# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIOLORDO APPLING,<br><br>    *Plaintiff,*<br>vs.<br>CITY OF LOS ANGELES, et al.,<br><br>    *Defendants.* | CASE NO. LA CV13-08891 JAK (AJWx)<br><br>**JUDGMENT**<br><br>**JS-6** |

    Defendants, CITY OF LOS ANGELES, SUE BRANDSTETTER, TIMO ILLIG AND THOMAS SMALL, (hereinafter "Defendants"), filed a motion for summary judgment on the claims brought by Plaintiff in his First Amended Complaint. Plaintiff, Riolordo Appling, opposed the motion, and Defendants replied. After a hearing on the motion, it was granted.

    THEREFORE, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment be entered in favor of Defendants, CITY OF LOS ANGELES, SUE BRANDSTETTER, TIMO ILLIG and THOMAS SMALL and against Plaintiff

1  RIOLORDO APPLING and that Plaintiff take nothing; and that Defendants may

2  recover an award of costs, in an amount to be determined, following the filing of the

3  appropriate application and the consideration of any objections.

4

5  **IT IS SO ORDERED:**

6  DATED:  May 8, 2015

7                                      **Honorable John A. Kronstadt**
                                    United States District Court Judge